# Court of Appeals
# of the State of Georgia

ATLANTA,____March 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0851. AMERICAN TALENT AGENCY et al. v. WILSON et al.**

The appellants in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 22 (a) and 23 (a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13. On February 17, 2015, this Court ordered the appellants to file an enumeration of errors and a brief no later than February 23, 2015. As of the date of this order, the appellants' brief and enumeration of errors still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ORDERED dismissed. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/23/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*